UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

----------------------------------------------------------------------------x

Kevin Morris, individually and on behalf of all others similarly situated;

Plaintiff,

        -v.-

Law Offices of Emmet L. Goodman, Jr. LLC, Midland Funding LLC

Defendants.
----------------------------------------------------------------------------x

Civil Action No:
5:21-cv-397

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendants in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 25, 2022

| For Plaintiff Kevin Morris | For Defendant Law Offices of Emmet L. Goodman, LLC |
|---|---|
| */s/ Yaakov Saks* | */s/ Michael Kevin Chapman* |
| Yaakov Saks | Michael Kevin Chapman |
| Stein Saks, PLLC | Bedard Law Group, P.C. |
| One University Plaza | 4855 River Green Pkwy ste 310 |
| Hackensack, NJ 07601 | Duluth, GA 30096 |
| Ph:  (201) 282-6500 | Ph:  (678) 253-1871 |
| ysaks@steinsakslegal.com | mchapman@bedardlawgroup.com |

1

|  | **For Defendant Midland Funding, LLC**<br>*/s/ James Ronald Williams, Jr.*<br>James Ronald Williams, Jr.<br>1901 6th Ave N Ste 1500<br>Birmingham, AL 35203<br>Ph: (205) 226-3403<br>Jwilliams@balch.com |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on August 25, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

2